UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY HABROR COFFEE INC., a/k/a BREWSHOT and NYNJ COFFEE2 LLC, a/k/a, JERSEY SOCIAL,<br><br>                    Plaintiffs,<br><br>            -against-<br><br>MAGGIE MOSS and MOSS BUSINESS CONSULTING LLC,<br><br>                    Defendants. | Case No. 1:25-cv-01335 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On February 19, 2025, the Court directed Defendants to amend their Notice of Removal to allege the citizenship of each constituent person or entity comprising Plaintiff NYNJ COFFEE2 LLC and Defendant Moss Business Consulting LLC.  Dkt. 5.

On February 25, 2025, Defendants file an amended notice of removal.  Dkt. 10. Defendants state that American Management Strategies, Inc. is a member of Plaintiff NYNJ COFFEE2 LLC and is a New Jersey Corporation with its principal place of business in Jersey City, New Jersey.  Dkt. 10 at 3.  Defendants also state that Maggie Moss is an owner and constituent person of Defendant Moss Business Consulting LLC, and that Moss resides in Fort Collins, Colorado.  However, the amended notice of removal does not clarify whether American Management Strategies, Inc. is the sole member of the Plaintiff NYNJ COFFEE2 LLC, or whether Moss is the sole member of Moss Business Consulting LLC.

Therefore, by **February 28, 2025**, Defendants shall submit an amended notice of removal clarifying whether American Management Strategies, Inc. is the sole member of Plaintiff NYNJ COFFEE2 LLC, and whether Moss is the sole member of Moss Business

Consulting LLC, and if not, alleging the citizenship of each constituent person or entity comprising the LLCs in this action.

Dated: February 25, 2025
      New York, New York

SO ORDERED.

*Jennifer Rochon*
_____
JENNIFER L. ROCHON
United States District Judge
