UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY HARBOR COFFEE INC., a/k/a BREWSHOT and NYNJ COFFEE2 LLC, a/k/a JERSEY SOCIAL,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>MAGGIE MOSS and MOSS BUSINESS CONSULTING LLC,<br><br>　　　　　　　　　　Defendants. | Case No. 1:25-cv-01335 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

　　　　On February 27, 2025, Defendants filed a Second Amended Notice of Removal. Dkt. 12. The Second Amended Notice of Removal clarifies that Arun Nanda and American Management Strategies, Inc. are the sole members of Plaintiff NYNJ Coffee2 LLC a/k/a Jersey Social. *Id.* ¶ 11. However, the Second Amended Notice of Removal asserts only Nanda's state of residency, not Nanda's state of citizenship. *Id.* ¶ 11 ("Arun Nanda, the Chief Executive Officer, owner, member, and constituent person of Plaintiff NYNJ COFFEE2 LLC a/k/a Jersey Social resides at 300 Coles Street, Apartment 2407, Jersey City, New Jersey 07310."). "It is well established that domicile is not synonymous with residence." *Hakkila v. Consolidated Edison Co. of New York, Inc.*, 745 F. Supp. 988, 990 (S.D.N.Y. 1990). No later than **May 16, 2025**, Defendants shall file an Amended Notice of Removal clarifying Nanda's state of domicile.

Dated: May 13, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1