**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

LIBERTY HARBOR COFFEE INC., a/k/a
BREWSHOT, and NYNJ COFFEE2 LLC, a/k/a/
JERSEY SOCIAL,

                Plaintiffs,

    -against-                                      25 **CIVIL** 1335 (JLR)

                                                          **JUDGMENT**

MAGGIE MOSS and MOSS BUSINESS
CONSULTING, LLC,

                Defendants.

-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 15, 2025, Defendants' motion to dismiss based on *forum non conveniens* grounds is DENIED, but their motion to dismiss for failure to state a claim is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      October 16, 2025

                                                          **TAMMI M. HELLWIG**

                                                           **Clerk of Court**

                              **BY:**      K. Mango

                                                           **Deputy Clerk**